UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 24-24427-CIV-MORENO

OSCAR HERRERA,

        Plaintiff,

vs.

EL RANCHO GRANDE 2, INC., d/b/a EL
RANCHO GRANDE COCINA MEXICANA,
a Florida for-profit corporation,

        Defendant.

_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with

Prejudice **(D.E. 8)**, filed on **December 31, 2024**.

THE COURT has considered the notice and the pertinent portions of the record, and is

otherwise fully advised in the premises.  It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its

own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  Further, all pending motions are **DENIED**

as moot with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of January 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record